2/19/19

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br><br>Plaintiff, )<br><br>v. )<br><br> )<br><br> )<br><br>Luis CRUZ, )<br><br> )<br><br>Defendant. ) | Magistrate Docket No. 19mj20969<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, USC 1325 Illegal Entry (misdemeanor) |

FILED

FEB 1 9 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

The undersigned complainant being, duly sworn, states:

That on or about February 16, 2019, within the Southern District of California, defendant, Luis CRUZ, an alien, did knowingly elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325(a)(2).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Jose L. Castillo
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,

THIS 19th DAY OF February, 2019.

ROBERT N. BLOCK
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**

**Luis CRUZ**

### PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On February 16, 2019, Border Patrol Agent L. Rios was performing assigned duties within the Imperial Beach Border Patrol Station's area of responsibility. At approximately 7:08 AM, Agent Rios was alerted by a Remote Video Surveillance System operator of an individual heading north from the border fence in an area known to Border Patrol agents as "91X." This area is approximately four miles west of the San Ysidro, California POE and approximately 100 yards north from the U.S./Mexico International Boundary. Agent Rios arrived to the area, identified himself as a Border Patrol Agent and instructed the individual to stop. The individual, later identified as the defendant, Luis CRUZ, failed to comply and continued walking north. Agent Rios then commanded CRUZ to stop for a second time, to which CRUZ then complied. Agent Rios then conducted an immigration inspection. CRUZ stated he is a citizen and national of Guatemala not in possession of immigration documents that would allow him to enter or remain in the United States legally. CRUZ further stated that he was deported from the United States from Calexico, California two years prior. At approximately 7:15 AM, Agent Rios placed CRUZ under arrest.

Record checks revealed that the defendant was most recently removed or deported from the United States on May 10, 2017.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen and national of Guatemala illegally present in the United States. The defendant stated that he illegally entered the United States on February 16, 2019.

**Executed on February 17, 2019 at 10:00 AM.**

Christopher S. Holdeman
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on February 16, 2019, in violation of 8 USC 1325.

KAREN S. CRAWFORD
United States Magistrate Judge

**1:07 PM, Feb 17, 2019**

Date/Time